IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JODY JANE MYERS, | : | CIVIL ACTION NO. 16-101 |
| | : | |
| Appellant. | : | BANKRUPTCY NO. 15-17911(SR) |

## ORDER

**AND NOW**, this 15th day of March, 2016, after considering the record presented in this appeal from the orders entered on December 9, 2015, and December 11, 2015, by the Honorable Stephen Raslavich of the United States Bankruptcy Court for the Eastern District of Pennsylvania; and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. This bankruptcy appeal is **DISMISSED** for lack of subject-matter jurisdiction; and

2. The clerk of court is directed to **CLOSE** the case.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.